# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Hugo Rodriguez, et al.

                      Plaintiff,

v.                                         Case No.: 1:17–cv–03322
                                                Honorable Sharon Johnson Coleman

Red Coat Farm, LTD., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 2, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 4/2/2018. Defendants' motion for settlement approval [24] is granted. No appearance necessary on 4/5/2018. Case is dismissed without prejudice. If a motion to reinstate is not filed by 5/31/2018, the case shall automatically convert to dismissal with prejudice with no further order of the court. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.